THIRD DEPARTMENT, JUNE, 2003

(June 3, 2003)

■ In the Matter of DAVID L. KERVICK, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [759 NYS2d 697] —Per Curiam. Respondent was admitted to practice by this Court in 1981. He practiced law in New Jersey, where he was admitted in 1975.

Effective November 19, 2002, the Supreme Court of New Jersey suspended respondent for a period of three months for committing a criminal act that reflected adversely on his honesty, trustworthiness or fitness as a lawyer. Respondent violated New Jersey statutes prohibiting the possession and use of cocaine and drug paraphernalia.

Petitioner moves for an order imposing reciprocal discipline upon respondent pursuant to this Court's rules (*see* 22 NYCRR 806.19). Respondent has not replied to the motion.

We grant petitioner's motion and reciprocally suspend respondent from practice for a period of six months.

Cardona, P.J., Mercure, Crew III, Peters and Spain, JJ., concur. Ordered that petitioner's motion is granted; and it is further ordered that respondent is suspended from practice for a period of six months, effective immediately, and until further order of this Court; and it is further ordered that respondent is commanded to desist and refrain from the practice of law in any form either as principal or as agent, clerk or employee or another; he is forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another any opinion as to the law or its application, or any advice in relation thereto; and it is further ordered that respondent shall comply with the provisions of this Court's rules regulating the conduct of suspended attorneys (*see* 22 NYCRR 806.9).